IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EMILY HECKMAN, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **SAMSUNG ELECTRONICS AMERICA, INC., et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 24-6835-KSM |

## ORDER

**AND NOW**, this 11th day of August, 2025, upon consideration of Defendant Samsung Electronics America, Inc.'s Motion to Dismiss (Doc. Nos. 16, 17), Plaintiffs' response in opposition (Doc. No. 23), and Defendant's reply (Doc. No. 24), it is **ORDERED** that Defendant's motion (Doc. Nos. 16, 17) is **GRANTED**. Plaintiffs' Complaint is **DISMISSED without prejudice** for failure to state a claim, except for Plaintiffs' negligence claims based on a "failure to properly inspect and/or test," which are **DISMISSED with prejudice**.[1]

It is further **ORDERED** that Plaintiffs' request for leave to amend their Complaint (Doc. No. 23 at 19) is **GRANTED**. Plaintiffs may file an amended complaint consistent with the Court's Memorandum **no later than August 25, 2025**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

---

[1] For the reasons stated in the Court's accompanying Memorandum, the Court is dismissing Plaintiffs' claims against non-moving Defendants Best Buy Stores, L.P. and fictious entities "ABC Manufacturing Company(ies) 1-5" and "ABC Sales Company(ies) 1-5" because they are identical to Plaintiffs' claims against moving Defendant Samsung Electronics America, Inc.