## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **EMILY HECKMAN, et al.**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**SAMSUNG ELECTRONICS AMERICA, INC., et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br><br>**NO. 24-6835-KSM** |

## <u>ORDER</u>

**AND NOW**, this 5th day of February, 2026, upon consideration of Defendants' Motion to Dismiss (Doc. No. 41), Plaintiffs' response in opposition (Doc. No. 44), and Defendants' reply (Doc. No. 45), it is **ORDERED** that Defendants' motion (Doc. No. 41) is **GRANTED**.  The portions of Plaintiffs' Complaint that are based upon "a manufacturing defect or breach of warranty" are **DISMISSED with prejudice** for failure to state a claim.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

---

[1] For the reasons stated in the Court's accompanying Memorandum, the Court is also dismissing Plaintiffs' manufacturing defect and breach of warranty claims against non-moving fictitious entities "ABC Manufacturing Company(ies) 1-5" and "ABC Sales Company(ies) 1-5" because they are identical to Plaintiffs' claims against moving Defendants.